# In The United States Court of Federal Claims

No. 12-237C

(Filed: August 14, 2013)

_____

PEPPER TREE APARTMENTS, LTD, II,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**
_____

On August 12, 2013, plaintiff filed an unopposed motion for an enlargement of time to file a Joint Preliminary Status Report (JPSR). The motion is hereby **GRANTED**. On or before October 15, 2013, the parties shall file their JPSR.

**No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge