# In The United States Court of Federal Claims

No. 12-237C

(Filed: October 22, 2013)

_____

PEPPER TREE APARTMENTS, LTD, II,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Wednesday, November 6, 2013, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge