# In The United States Court of Federal Claims

No. 12-237C

(Filed: November 6, 2013)

_____

PEPPER TREE APARTMENTS, LTD, II,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a telephonic preliminary status conference was held in this case. Participating in the conference were Jeff Eckland for plaintiff, and Jeffrey Regner for defendant. Pursuant to the discussion, this case is hereby **STAYED** until further order. The parties shall file a joint status report on the progress of settlement discussions on or before January 8, 2014, and every 63 days thereafter.

    **IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge